CARPENTER v. COOKE

No. 510P82.

Case below: 58 N.C. App. 381.

Petition by plaintiffs for writ of certiorari to North Carolina Court of Appeals denied 5 October 1982. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 5 October 1982.

DEVELOPMENT CORP. v. JAMES

No. 517P82.

Case below: 58 N.C. App 506.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 October 1982.

FIRST CITIZENS BANK v. POWELL

No. 462PA82.

Case below: 58 N.C. App. 229.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 21 September 1982.

HARRELL v. WILSON COUNTY SCHOOLS

No. 500P82.

Case below: 58 N.C. App. 260.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 5 October 1982. Motion by defendants to dismiss appeal for lack of significant public interest allowed 5 October 1982.

HARRIS v. HARRIS

No. 424PA82.

Case below: 58 N.C. App. 314.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 21 September 1982.